WILLA ROBERTS, Respondent, v. BEE LINE, INC., Appellant.— Judgment unanimously reversed and a new trial ordered, with costs to the appellant to abide the event, unless the plaintiff stipulates to reduce the judgment as entered to the sum of $20,178.40; in which event the judgment as so modified is affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., McAvoy, O'Malley, Townley and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DANIEL HALPERN, Appellant.— Judgment and order unanimously affirmed. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Cohn, JJ.

JOSEPH BUONGIORNO and ANNA BUONGIORNO, Appellants, v. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Cohn, JJ.

TURNER CONSTRUCTION COMPANY, Respondent, v. MARCUS CONTRACTING COMPANY, INC., Appellant.— Judgment unanimously reversed, with costs, and the complaint dismissed, with costs, on the authority of Thompson-Starrett Co., Inc., v. Otis Elevator Co. (271 N. Y. 36). Present — Martin, P. J., McAvoy, O'Malley, Townley and Cohn, JJ.

WILLIAM R. BOLTON, Respondent, v. JAMES W. KING, Appellant.— Order so far as appealed from unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to serve a further amended answer within ten days after service of order upon payment of said costs and the ten dollars costs of motion awarded at Special Term. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PETER CELLA, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Cohn, JJ.

ANNA SILVERMAN, Appellant, v. SARTELL PRENTICE and Others, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Cohn, JJ.

JEAN ADAMS and MERRILL FRANKEL, Suing on Behalf of Themselves and All Other Stockholders of CROCKER WHEELER ELECTRIC MANUFACTURING COMPANY, Respondents, v. EDMUND LANG and Others, Appellants, Impleaded with Others.— Order affirmed, with twenty dollars costs and disbursements, with leave to the defendants-appellants to answer within twenty days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Cohn, JJ.; O'Malley, J., dissents and votes to reverse and grant the motion, on the ground that the Statute of Limitations is a six-year statute.

LOUIS H. PINK, Superintendent of Insurance of the State of New York, as Liquidator of the EQUITABLE CASUALTY AND SURETY COMPANY, Appellant, Respondent, v. THE MUTUAL LIFE INSURANCE COMPANY and THE CHEMICAL BANK AND TRUST COMPANY, Respondents, Appellants.— Judgment unanimously affirmed, without costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Cohn, JJ.

AUSTIN B. IRWIN, Plaintiff, v. JOHN KLEIN, Appellant, PARAMOUNT PUBLIX CORPORATION, Defendant, and R. K. O. STUDIOS, INC., Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Cohn, JJ.